NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BOVE GRAND, INC. d/b/a
WESTSHORE PIZZA VILLAGE CENTER,
a Florida Corporation,

        Appellant,

v.

ANGELINE DIAMOND,

        Appellee.

Case No. 2D17-1691

Opinion filed March 21, 2018.

Appeal from the Circuit Court for
Hillsborough County; Robert Foster,
Judge.

Dorothy V. DiFiore and Karen M.
Shimonsky of Quintairos, Prieto, Wood &
Boyer, P.A., Tampa, for Appellant.

Stephanie Miles of Swope, Rodante
P.A., Tampa; Elizabeth Munro of Florida
Vanguard Attorneys, LLC, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

CASANUEVA, VILLANTI, and CRENSHAW, JJ., Concur.